UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTHONY A WHITEHURST, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-06-150 |
| | § | |
| DORIS JONES, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Plaintiff's application for leave to proceed *in forma pauperis* on appeal (D.E. 23) is granted.

ORDERED this 8th day of March, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE